NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ADAM MENKES,                                )
                                            )
              Appellant,                    )
                                            )
v.                                          )        Case No. 2D17-2865
                                            )
DYCK-O'NEAL, INC.,                          )
                                            )
              Appellee.                     )
_____ )

Opinion filed November 14, 2018.

Appeal from the Circuit Court for Lee
County; Sherra Winesett, Judge.

David W. Fineman of The Dellutri Law
Group, P.A., Fort Myers, for Appellant.

David M. Snyder of David M. Snyder
Professional Association, Tampa; Susan
B. Morrison of Law Offices of Susan B.
Morrison, P.A., Tampa; and Joshua D.
Moore of Law Offices of Daniel C.
Consuegra, Tampa, for Appellee.


PER CURIAM.

          Affirmed.


NORTHCUTT, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.